1  Erika Bailey Drake (SBN 248034)
   edrake@drakeanddrake.com
2  Roger D. Drake (SBN 237834)
3  rdrake@drakeanddrake.com
4  23679 Calabasas Road, Suite 403
   Calabasas, California  91302
5  Telephone:  818.438.1332
6  Facsimile:  818.854.6899
7  Attorneys for Plaintiff

8

               UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10

11 | MARK LEROY BELLE,                )
   |                                  ) CASE NO.: 5:14-cv-01016-PJW
12 |      Plaintiff,                  )
13 |                                  )
   | v.                               )
14 |                                  )
   |                                  ) ORDER
15 | CAROLYN W. COLVIN, Acting,       ) AWARDING EAJA FEES
16 | Commissioner of Social Security, )
   |                                  )
17 |      Defendant.                  )
18 | _____  )

19

20      Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

21      IT IS ORDERED that EAJA fees are awarded in the amount of THREE

22 THOUSAND TWO HUNDRED DOLLARS AND 00/100 ($3,200.00) and costs in

23 the amount of FOUR HUNDRED DOLLARS ($400.00) subject to the terms of the

24 stipulation.

25

26 DATED: March 7, 2016         _____
                                UNITED STATES MAGISTRATE JUDGE
27

28

-1-